# United States Court of Appeals

### For the Eighth Circuit

_____

No. 23-1438

_____

United States of America

*Plaintiff - Appellee*

v.

Ashley Marie Butler

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa

_____

Submitted: July 17, 2023
Filed: July 20, 2023
[Unpublished]

_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Ashley Butler appeals the sentence the district court[1] imposed after she pled guilty to conspiracy to produce child pornography and child exploitation, pursuant

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

to a written plea agreement. Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing substantive reasonableness under a deferential abuse-of-discretion standard; district court abuses its discretion when it fails to consider a relevant factor, gives significant weight to an improper or irrelevant fact, or commits a clear error of judgment in weighing appropriate factors); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting when a district court has varied below the United States Sentencing Guidelines Manual range, it is "nearly inconceivable" that court abused its discretion by not varying further).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____